

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DESIREE BOLTOS, | § | No. 08-19-00020-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 3 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1568696R) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 10, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Blake Burns, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 10, 2019.

IT IS SO ORDERED this 5th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.